# United States Court of Appeals
## For the First Circuit

---

No. 04-1069

UNITED STATES,

Appellee,

v.

HÉCTOR LUIS MÁRQUEZ-FIGUEROA,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on July 6, 2006 is corrected as follows:

On Page 5, Line 17 it should read "<u>count</u> based upon . . ."